**COLIN M. RUBICH**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: Colin.Rubich@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED

DEC 2 1 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ELIZABETH ANN HAZZARD, and TORI LASHAWN SMITH,**<br><br>Defendants. | CR 18-153-BLG-SPW<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES** (Count I)<br>Title 21 U.S.C. § 846<br>(Penalty for methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release. Penalty for heroin: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

1

| | **POSSESSION WITH INTENT TO DISTRIBUTE HEROIN** |
|---|---|
| | **(Count II)** |
| | **Title 21 U.S.C. § 841(a)(1)** |
| | **(Penalty: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)** |
| | |
| | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count III)** |
| | **Title 21 U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2** |
| | **(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)** |
| | |
| | **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

## COUNT I

That beginning on approximately August 1, 2018, and continuing until on or about September 7, 2018, at Billings and within Yellowstone County, and at Hardin and within Big Horn County, in the State and District of Montana, and elsewhere, the defendants, ELIZABETH ANN HAZZARD and TORI LASHAWN SMITH, knowingly and unlawfully conspired and agreed with each other and with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a

substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 846.

The grand jury finds that 50 or more grams of actual methamphetamine fell within the scope of ELIZABETH ANN HAZZARD's agreement with her co-conspirators and was reasonably foreseeable to her.

The grand jury finds that 50 or more grams of actual methamphetamine and 100 or more grams of a substance containing a detectable amount of heroin fell within the scope of TORI LASHAWN SMITH's agreement with her co-conspirators and was reasonably foreseeable to her.

## COUNT II

That beginning on approximately August 1, 2018, and continuing until on or about September 7, 2018, at Billings and within Yellowstone County, and at Hardin and within Big Horn County, in the State and District of Montana, and elsewhere, the defendant, TORI LASHAWN SMITH, knowingly possessed, with the intent to distribute, 100 or more grams of a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That beginning on approximately August 1, 2018, and continuing until on or about September 7, 2018, at Billings and within Yellowstone County, in the State

and District of Montana, and elsewhere, the defendants, ELIZABETH ANN HAZZARD, and TORI LASHAWN SMITH, knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and did aid and abet in the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: Both ✓ _____
Bail: _____