

OCT 1 5 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and<br><br>ELIZABETH ANN HAZZARD,<br><br>Defendant. | CR 18-153-BLG-SPW-1<br><br>**ORDER GRANTING DEFENDANT HAZZARD'S MOTION TO FILE MOTION TO CONTINUE UNDER SEAL** |

Pursuant to Defendant's Unopposed Motion to File Motion to Continue Under Seal (Doc. 53), and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Elizabeth Hazzard's Motion to File Motion to Continue Under Seal (Doc. 53) is GRANTED.

**IT IS FURTHER ORDERED** that Defendant Hazzard's Motion to Continue Sentencing be filed under seal.

DATED this 15th day of October 2019.

SUSAN P. WATTERS
United States District Judge